

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 3 1 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>NEIL MAGBAG SANTOS,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SACR09-221-JVS<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of _defendant_____, IT IS ORDERED that a detention hearing is set for _Wednesday, September 5_____, _2012___, at _10:30___ ☒ a.m. / ☐ p.m. before the Honorable _JEAN P. ROSENBLUTH_____, in Courtroom _6A_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _8/31/12_          _/s/ Jean Rosenbluth_          **JEAN P. ROSENBLUTH**
                         U.S. ~~District Judge~~/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                                    Page 1 of 1